**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Alejandro ANAYA–MEDINA, a.k.a. Cokis, a.k.a. Alberto Zuniga–Ortiz, Martin Arreola–Romero a.k.a. Sergio Placensia, Defendants–Appellants.**

No. 12–12261

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 1, 2013.

Michael V. Herskowitz, Garrett L. Bradford, Gary Scott Hulsey, Lawrence R. Sommerfeld, Lisa Wilson Tarvin, George Jeffrey Viscomi, Assistant U.S. Attorney, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, PC, Akil Kenneth Secret, The Secret Firm, PC, Amy Levin Weil, The Weil Firm, Atlanta, GA, Jorge Alejandro Anaya–Medina, D. Ray James Cf–Inmate Legal Mail, Folkston, GA, for Defendants–Appellants.

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Jorge Alejandro Anaya–Medina, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Anaya–Medina's convictions and sentences are **AFFIRMED**.